

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00129-CV

**IN THE INTEREST OF A.N.M**. and E.X.M.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02616
The Honorable Richard Garcia,[1] Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED July 17, 2013.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Richard Garcia, Associate Judge, Bexar County, Texas, signed the order terminating appellant's parental rights; however, the Honorable Martha B. Tanner, presiding judge of the 166th Judicial District Court, Bexar County, Texas, presided over the bench trial.